# Court of Appeals
# of the State of Georgia

ATLANTA, January 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0872.  TYRON A. STAFFORD v. THE STATE.**

In 2007, Tyron Stafford pled guilty to rape and aggravated sodomy, and the trial court imposed a total sentence of life in prison.  The current record contains no indication that Stafford filed a direct appeal from his judgment of conviction.  In September 2016, Stafford filed an "omnibus" motion, in which he sought relief from his conviction and sentence on numerous grounds, as well as an out-of-time appeal. The following April, he filed a motion to recuse the trial judge.  In a single order entered on May 30, 2017, the trial court dismissed the omnibus motion and denied the motion to recuse.  On July 24, 2017, Stafford filed a notice of appeal directed to the Supreme Court, which transferred the matter to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Stafford's notice of appeal was untimely filed 55 days after entry of the order sought to be appealed.  Consequently, we lack jurisdiction over Stafford's appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 01/16/2020*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                                  *Stephen E. Castlen*
_____, *Clerk.*